```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23839
   DALE M HUBNER
   NICOLE F HUBNER                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-6772    SSN XXX-XX-5364


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/08 .

   2.  The case was dismissed without confirmation, 11/21/2008.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| CFC DEFICIENCY RECOVERY | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EASY TO BAKE EASY TO MAK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PLATINUM CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TEAM EXTERIORS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WAKENIGHT & ASSOC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $        .00 and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/11/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE














                              PAGE   2
           CASE NO. 08 B 23839 DALE M HUBNER & NICOLE F HUBNER